COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Garrett Dewayne Washington v. The State of Texas

Appellate case number:    01-13-01038-CR

Trial court case number:  1186821

Trial court:                    262nd District Court of Harris County

On December 18, 2013, appellant, Garrett Dewayne Washington, filed his Motion to Dismiss Appeal. In the motion, Washington states his decision to dismiss "has been made freely and voluntarily, and only afther it's consequence's have been fully explained by appellate counsel." [sic]. However, appellant further states "[t]his is a coercion involved," leading this Court to question whether the request to dismiss is willingly made. The motion, as written, is **DENIED**. If Washington still wishes to dismiss this appeal, he should file another motion to dismiss which clarifies that Washington's decision to seek dismissal of his appeal was made freely, voluntarily, and without coercion.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                          ☑ Acting individually     ☐ Acting for the Court

Date: January 7, 2014